

**A PERSONAL INJURY LAW FIRM**

**BRIAN J. LEVY & ASSOCIATES, PC**
**75 JACKSON AVENUE**
**SYOSSET, NEW YORK, 11791**
**TOLL FREE: 1 (800) 691-1350**
**(516) 496-1777 TELEPHONE**
**(516) 226-1040 FAX**

BRONX OFFICE:

3265 WESTCHESTER AVENUE
BRONX, NY  10461
DIRECT: 718-423-0757

May 27, 2026

*Via ECF Pacer*
Honorable Sarah L. Cave
United States District Court
Southern District Court
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312



Re:     Case Name:    Aaron Zamora Herrera v. Damian Pantoja
        Index #:      1:26-cv-2739

<u>**REQUEST TO ADJOURN INITIAL CONFERENCE ON WEDNESDAY, JULY 8, 2026**</u>

Dear Judge Cave:

We represent Plaintiff, Aaron Zamora Herrera.

We request an adjournment of the initial conference on Wednesday, July 8, 2026 because of my vacation that week. I'm the assigned attorney on the case.

On consent of defense and co-plaintiff counsels, we ask for either Mon. July 13, Mon. July 20, or Wed. July 22, 2026.

We respectfully ask for the favorable consideration of this request.

Very truly yours,

Larry J. Bonchonsky, Esq.

BJL/km
**CC VIA PACER:**
Marshall Dennehey
Attorney for Defendants -Damian M. Pantoja and Bozzuto's Inc, Et Al

Via email: rmbaurley@mdwcg.com

Caitlin Robin & Associates, PLLC
Via email: caitlin@robinandassociates.com
          arjeta@robinandassociates.com

Plaintiff's request at Dkt. No. 13 is GRANTED.  The Initial Case Management Conference on July 8, 2026 is ADJOURNED to **Wednesday, July 22, 2026 at 1:00 p.m. ET**.  in Courtroom 18A, 500 Pearl Street, New York, New York.  The parties are directed to the Court's Order at Dkt. No. 5 for the conference procedures, including the deadline to submit the proposed case management plan.

The Clerk of the Court is respectfully directed to close Dkt. No. 13.

SO ORDERED   5/28/26

SARAH L. CAVE
United States Magistrate Judge