MARSHALL DENNEHEY

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400 Fax (212) 376-6490

Direct Dial: (212) 376-6457
Email: lejames@mdwcg.com

July 14, 2026

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Aaron Zamora and Cielo Cruz v. Bozzuto's, Inc. and Damian Michael Pantoja
Civil Case No: 1:26-cv-2739 (VSB) (SLC)
MD File No: 42444.00129

Honorable Judge Cave:

Our office represents defendants Bozzuto's, Inc. and Damian Michael Pantoja in the above-captioned action.

Pursuant to this Court's May 28, 2026 and July 2, 2026 Orders, the parties were to submit a Proposed Case Management Order by July 15, 2026, and appear for an Initial Conference on July 22, 2026. Prior Initial Conference dates have been adjourned following the appearance of new counsels for the Plaintiffs (ECF Doc. No. 8) and a scheduling conflict (ECF Doc. No. 14). This Court's July 2, 2026 Order moved the Proposed Case Management Plan deadline to July 15, 2026, but did not adjourn the conference on July 22, 2026. (ECF Doc. No. 16).

As a necessary party has still not appeared in this action, the Parties request an additional adjournment of the Initial Conference to September 8, 2026 and an adjournment of the Proposed Case Management Plan deadline to September 1, 2026. In their answer, Defendants assert counterclaims against Plaintiff-driver Aaron Zamora. Pursuant to correspondence with Plaintiff Zamora's counsel, they have contacted Progressive Insurance Company ("Progressive") on multiple occasions, advising them of the counterclaims asserted against their client. Earlier this month a claim number was generated and now awaiting assignment to a Progressive claims analyst who can then retain counsel to reply to our counterclaims.

In the interest of judicial economy, the Parties respectfully request that the above dates be adjourned.

Respectfully submitted,

Lucinda E. C. James

---

**VIA EMAIL**
Brian J. Levy & Associates, P.C.
75 Jackson Avenue
Syosset, New York 11791
Tel: 516-496-1777
**E-mail:** blevy@brianjlevy.com
litigation@brianjlevy.com
lbonchonsky@brianjlevy.com

Caitlin Robin & Associates, PLLC
30 Broad Street, Suite 702
New York, New York 10004
Tel: 646-524-6026
**E-mail:** caitlin@robinandassociates.com
arjeta@robinandassociates.com

The parties request at Dkt. No. 18 to adjourn the initial case management conference scheduled for July 22, 2026 at 10:00 a.m. ET (Dkt. No. 14, the "Conference") is **GRANTED**. The Conference is **ADJOURNED** to **September 8, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York. At the Conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than 21 days before the Conference. No later than **one week (seven (7) calendar days)** before the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

The Clerk of Court is respectfully directed to close Dkt. No. 18.

SO ORDERED. July 14, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**