MARSHALL DENNEHEY

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400 Fax (212) 376-6490

Direct Dial: (212) 376-6457
Email: lejames@mdwcg.com

MEMO ENDORSED

August 27, 2026

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Aaron Zamora and Cielo Cruz v. Bozzuto's, Inc. and Damian Michael Pantoja
Civil Case No: 1:26-cv-2739 (VSB) (SLC)
MD File No: 42444.00129

Honorable Judge Cave:

Our office represents defendants Bozzuto's, Inc. and Damian Michael Pantoja in the above-captioned action.

Pursuant to this Court's July 14, 2026 Order, the parties were directed to submit a Proposed Case Management Order by September 1, 2026, and appear for an Initial Conference on September 8, 2026. Prior Initial Conference dates were adjourned following the appearance of new counsels for the Plaintiffs (ECF Doc. No. 8), due to a scheduling conflict (ECF Doc. No. 14), and as a necessary party had not yet appeared in this action (ECF Doc. No. 19).

As detailed in the July 14, 2026 joint letter motion, Defendants asserted counterclaims against Plaintiff-driver Aaron Zamora in their February 20, 2026 Amended Verified Answer. To date, Plaintiff Zamora has not replied or otherwise responded to these counterclaims. Plaintiff Zamora's counsel has advised that they have contacted Progressive Insurance Company on multiple occasions to advise them of the counterclaims asserted against their client and noted that a claim number has been assigned, but there has been no progress since the July 14, 2026 joint letter motion.

Accordingly, Defendants request this Court's permission to file a Proposed Clerk's Certificate of Default with the supporting documentation, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1(a). Additionally, in the interest of judicial economy, Defendants respectfully request that the upcoming deadlines regarding the Proposed Case Management Order and Initial Conference be adjourned if this Court grants permission to move for a default.

Respectfully submitted,

Lucinda E. C. James

---

**VIA EMAIL**

Brian J. Levy & Associates, P.C.
75 Jackson Avenue
Syosset, New York 11791
Tel: 516-496-1777
**E-mail:** blevy@brianjlevy.com
litigation@brianjlevy.com
lbonchonsky@brianjlevy.com

Caitlin Robin & Associates, PLLC
30 Broad Street, Suite 702
New York, New York 10004
Tel: 646-524-6026
**E-mail:** caitlin@robinandassociates.com
arjeta@robinandassociates.com

The Court is in receipt of Defendants' request for leave to file a Certificate of Default against Plaintiff Aaron Zamora ("Zamora"). (Dkt. No. 23 (the "Request")).

In light of the Second Circuit's "oft-stated preference for resolving disputes on the merits[,]" Defendants' Request is **DENIED WITHOUT PREJUDICE**. Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 95 (2d Cir. 1993).

By **September 11, 2026**, Mr. Zamora shall move, answer, or otherwise respond to the counter claims asserted against him. (Dkt. No. 1-3 ¶ 44 (the "Counterclaims")). Mr. Zamora is warned that failure to answer, move, or otherwise respond to the Counterclaims by September 11, 2026, may result in the Court permitting Defendants to initiate default proceedings as to the Counterclaims.

The initial case management conference (the "ICMC") scheduled for September 8, 2026 at 11:00 a.m. ET is **ADJOURNED** to **October 27, 2026 at 4:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York. (Dkt. No. 19). At the Conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than 21 days before the Conference. No later than one week (seven (7) calendar days) before the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Mr. Zamora's counsel is directed to promptly serve a copy of this order on Progressive Insurance Company and file proof of service by **September 1, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 23.

SO ORDERED. August 28, 2026

Sarah L Cave

SARAH L. CAVE
United States Magistrate Judge