UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ZAMORA, et al.,

Plaintiffs,

-v-

BOZZUTO'S, INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2739 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to change in the Court's calendar, the in-person initial case management conference scheduled for **October 27, 2026 at 4:00 p.m. ET** will now take place by telephone on the Court's conference line. (Dkt. No. 24). The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**