UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ZAMORA, et al.,

Plaintiff,

-against-

BOZZUTO'S INC., et al.,

Defendants.

CIVIL ACTION NO.: 26 Civ. 2739 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 28, 2026, the Court ordered that Plaintiff Aaron Zamora ("Mr. Zamora") respond to the counter claims Defendants have asserted against him (Dkt. No. 1-3 ¶ 44 (the "Counterclaims")), by September 11, 2026. (Dkt. No. 24). To date, Mr. Zamora has not responded to the Counter Claims. As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Mr. Zamora to respond to the Counter Claims up to and including **September 21, 2026**.

Mr. Zamora is warned that failure to answer, move, or otherwise respond to the Counterclaims by **September 21, 2026**, may result in the Court permitting Defendants to initiate default proceedings regarding the Counterclaims.

Dated: New York, New York
September 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**